UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 08-1266 JVS (RNBx)                    Date  December 11, 2008

Title  Mundy v. Euclid Shopping Center LLC

Present: The Honorable   James V. Selna

Karla J. Tunis                                       Not Present
Deputy Clerk                                        Court Reporter

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                              Not Present

**Proceedings:**  (In Chambers) Order to Remanding Action to Superior Court

       On November 20, 2008, the Court issued an order to show cause why this case should not be remanded to state Court for Want of Jurisdiction.  The Court has reviewed the respons of defendant and removing party Euclid Shopping Center LLC ("Euclid").  The response does not cure the want of federal question, the basis on which Euclid removed.  Orange, invoking federal question jurisdiction,.  (Notice of Removal, ¶ 2 citing 28 U.S.C. § 1331)

       The case is remanded to the Superior Court for the State of California, County of Orange for want of jurisdiction.

       0  :  00

Initials of Preparer  kjt